UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-60125-CIV-COOKE/BANDSTRA

CRYSTAL ENTERTAINMENT &
FILMWORKS, INC., *et al.*,

    *Plaintiffs*,

v.

JEANETTE JURADO, *et al.*,

    *Defendants*.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter was referred to the Honorable Ted E. Bandstra, United States Magistrate Judge, for a Report and Recommendation on Defendants Jeannette Jurado's, Ann Curless Weiss', Gioia Bruno's and Walking Distance Entertainment, LLC's Verified Motion for Attorneys' Fees and Costs [D.E. 107]. Judge Bandstra's report recommends that I deny the motion. After reviewing the motion and the record, I **ORDER AND ADJUDGE** as follows:

1. The Honorable Ted E. Bandstra's Report and Recommendation [D.E. 114] is **AFFIRMED AND ADOPTED**.

2. Defendants' Verified Motion for Attorneys' Fees and Costs [D.E. 107] is **DENIED**. The case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of February 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*All Counsel of Record*